```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 33980
   THOMAS L BRASSARD
   LESLIE A BRASSARD                           CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-7979     SSN XXX-XX-6061
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/26/05 and confirmed on 12/09/05.

2. The case was dismissed after confirmation, 08/31/2007.

3. The Debtor paid a total of $ 3257.76 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERGREEN | CURRENT MORTG | .00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | .00 | .00 | .00 |
| AARONS | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCED AUTO SPECIALIST | UNSECURED | 625.02 | .00 | 81.18 |
| ALBERTSONS | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 775.96 | .00 | 100.78 |
| BIG BOYZ TOYZ | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BRIGHTER VISION | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EBAY | UNSECURED | NOT FILED | .00 | .00 |
| ELLIS IGA FOOD CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 342.11 | .00 | 44.43 |
| FOX VALLEY PUBLICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 3616.00 | .00 | 469.64 |
| MORRIS MEDICAL SPECIALIS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PAYPAL | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| SAFEWAY CHECKS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SHERWIN RITZ | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN CHICAGO NEWSPAP | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| SUN LOAN | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| THE CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| WORLD ACCEPTANCE CORP | UNSECURED | 856.00 | .00 | 111.18 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 383.06 | .00 | 49.74 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 6598.15 | .00 | 6598.15 |
| PRINCIPAL PAID | .00 | .00 | 856.95 | .00 | 856.95 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 856.95 | .00 | 856.95 |

The Debtor's attorney, JOHN C DENT                , was allowed $ 2700.00 and was paid $ 400.00 direct and $ 2300.00 through the plan.

The Trustee received $ 100.81 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/15/07                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE